IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-632-D

JOHN LASCHKEWITSCH, )
)
)
Plaintiff, )
)
v. ) **ORDER**
)
TRANSAMERICA LIFE INSURANCE )
COMPANY, )
)
Defendant. )

John Laschkewitsch ("Laschkewitsch" or "plaintiff") is a familiar litigant. See, e.g., Laschkewitsch v. Am. Nat'l Life Ins. Co., No. 5:15-CV-21-D, 2016 WL 4184422, at *1 (E.D.N.C. Aug. 5, 2016) (unpublished). On July 12, 2016, Laschkewitsch moved to dismiss Transamerica Life Insurance Company's ("Transamerica" or "defendant") arbitrator's award of $540,723.76 and Transamerica's petition for confirmation. See [D.E. 34]; cf. [D.E. 33-3] (copy of arbitrator's final award decision of June 6, 2016). Alternatively, Laschkewitsch moved the court to transfer venue to the United States District Court for the Central District of California. See [D.E. 34]. On July 28, 2016, Transamerica responded in opposition, exhaustively explained why the court should confirm the arbitrator's award under the Federal Arbitration Act, and requested that the court dismiss Laschkewitsch's motion and confirm the award. See [D.E. 39] 1–10; [D.E. 40] 1–5; see also [D.E. 32, 33].

Laschkewitsch's motion to dismiss [D.E. 34] is DENIED as baseless. Furthermore, the court DENIES as baseless Laschkewitsch's motion to modify and correct the award [D.E. 42] and motion to vacate the arbitration award and to dismiss Transamerica's petition [D.E. 43]. Accordingly, pursuant to the June 6, 2016 arbitration award in the matter entitled Transamerica Life Insurance Co. v. Laschkewitsch, American Arbitration Association Case No. 01-14-0000-0878 (Cottle, Arb.), the

court hereby FINDS and CONFIRMS that Transamerica Life Insurance Company is entitled to monetary judgment against John Laschkewitsch in the amount of $540,723.76. The court RETAINS jurisdiction for the purpose of enforcing the judgment.

SO ORDERED. This 21 day of September 2016.

JAMES C. DEVER III
Chief United States District Judge