UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN LASCHKEWITSCH,            )
        Plaintiff,            )
                              )    **JUDGMENT IN A CIVIL CASE**
V.                                  )    **CASE NO. 5:14-cv-632-D**
                              )
TRANSAMERICA LIFE INSURANCE   )
COMPANY,                       )
        Defendant.            )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED Laschkewitsch's motion to dismiss [D.E. 34] is DENIED as baseless. Furthermore, the court DENIES as baseless Laschkewitsch's motion to modify and correct the award [D.E. 42] and motion to vacate the arbitration award and to dismiss Transamerica's petition [D.E. 43]. Accordingly, pursuant to the June 6, 2016 arbitration award in the matter entitled Transamerica Life Insurance Co. v. Laschkewitscb, American Arbitration Association Case No. 01-14-0000-0878 (Cottle, Arb.), the court hereby FINDS and CONFIRMS that Transamerica Life Insurance Company is entitled to monetary judgment against John Laschkewitsch in the amount of $540, 723.76. The court RETAINS jurisdiction for the purpose of enforcing the judgment.

**This Judgment Filed and Entered on September 21, 2016, and Copies To:**

| | |
|---|---|
| John Laschkewitsch | (Sent to 1933 Ashridge Drive Fayetteville, NC 2834 via US Mail) |
| Misty A. Murray | (via CM/ECF Notice of Electronic Filing) |
| Douglas M. Jarrell | (via CM/ECF Notice of Electronic Filing) |

DATE:                                JULIE RICHARDS JOHNSTON, CLERK
September 21, 2016            (By) /s/ Nicole Briggeman
                                          Deputy Clerk